**JEFFREY M. FORSTER (SBN 50519)**
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Telephone:    (408) 977-3137
Facsimile:    (408) 977-3141
Email:        jforstr@pacbell.net

**STEVEN R. LEVY** (State Bar No. 103164)
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone:    (408) 274-7000
Facsimile:    (408) 274-9000
Email:        slevy@bigfoot.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| YU-SZE YEN, et. al, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD BUCHHOLZ, et. al., <br><br> Defendants. | CASE NUMBER:   C08 03535   PVT <br><br> NOTICE OF RELATED CASES <br><br> LOCAL RULE 3-13 <br><br> Judge: <br><br> Magistrate:   Patricia V. Trumbull <br> Courtroom: <br><br> Complaint Filed:   July 23, 2008 <br><br> Trial Date: <br><br> **JURY TRIAL DEMANDED** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** the cases described below are pending before the United States District Court for the Northern District of California which, pursuant to Local Rules 3-12 and 3-13 of the United States District Court for the Northern District of California, are related to this action.

/////

/////

1 **FIRST RELATED CASE**

| | |
|---|---|
| **Case Name:** | **Steve Trachsel, et. al., v. Ronald Buchholz, et. al.,** |
| **Case Number:** | **5:08-CV-02248-RMW** |
| Court: | U. S. Dist. Court, Northern District of California (San Jose Division) |
| Judge: | Ronald M. Whyte |
| Magistrate: | Richard Seeborg |
| Case Filed: | April 30, 2008 |
| Plaintiffs: | Steve Trachsel; Sun City Towers, LLC; Thomas Cirrito, an Individual, Atocha Land, LLC; Michael Cirrito; Cirrito Holdings, LLC |
| Defendants: | Ronald Buchholz, Charice Fischer, RDB Development, LLC;  Solomon Capital, LLC; Jonathon Vento; Grace Capital, LLC, dba Grace Communities; Donald Zeleznak; Z-LOFT, LLC; Zeleznak Property Management, LLC dba Keller Williams Realty; Keller Williams Realty, Inc. |
| Description: | This is an unlimited civil action alleging multiple causes of action (e.g., RICO; Securities Exchange Act violations; California Business & Professions Code violations; California Corporations Code violations; and related common law causes of action). |
| | Plaintiffs allege that Defendants created a real estate "Ponzi scheme" to defraud investors of millions of dollars. |
| | The named defendants, factual allegations, causes of action, web of entities used by the defendants, events, transactions, occurrences, real estate "projects" involved are greatly intertwined with and overlap those of the instant matter. |

**SECOND RELATED CASE**

| | |
|---|---|
| **Case Name:** | **VisionQuest CHC, LLC et al v. Buchholz et al.** |
| **Case Number:** | **5:08-CV-03410-RMW** |
| Court: | U. S. Dist. Court, Northern District of California (San Jose Division) |
| Case Filed: | July 17, 2008 |
| Judge: | Ronald M. Whyte |
| Magistrate: | Howard R. Lloyd |
| Plaintiffs: | VisionQuest CHC, LLC; Gateway Community Church |

| | |
|---|---|
| Defendants: | Charise Buchholz; Ronald Buchholz; Community Real Estate, LLC; EEI-Ray Ranch, LLC; EENI-Durango Trails, LLC; EENI-Paseo Village, LLC; EENI-Patriot Courtyards, LLC; EENI-Patriot Courtyards, LLC; Equity Enterprises of Nevada, Inc.; Equity Enterprises, Inc.; Phoenix Valley Development, LLC; RDB Development, LLC; RNC Holdings, LLC; Solomon Capital, Inc.; The District, LLC. |
| Description: | This is an unlimited civil action alleging seventeen causes of actions (e.g., violations of securities laws and related common law causes of action). |
| | Plaintiffs allege that Defendants created a real estate "Ponzi scheme" to defraud investors of millions of dollars. |
| | The named defendants, factual allegations, causes of action, web of entities used by the defendants, events, transactions, occurrences, real estate "projects" involved are greatly intertwined with and overlap those of the instant matter. |

### THIRD RELATED CASE

| | |
|---|---|
| **Case Name:** | **Cirrito, et. al., v. RNC Holdings, LLC, et. al.** |
| **Case Number:** | **5:08-CV-03476-RS** |
| Court: | U. S. Dist. Court, Northern District of California (San Jose Division) |
| Case Filed: | July 18, 2008 |
| Judge: | |
| Magistrate: | Richard Seeborg |
| Plaintiffs: | Thomas Cirrito; Atocha Land LLC |
| Defendants: | RNC Holdings, LLC; Ronald Buchholz, Charice Fischer (aka Charice Buchholz) |
| Description: | This is an unlimited civil action alleging multiple causes of action (e.g., RICO; Securities Exchange Act violations; California Business & Professions Code violations; California Corporations Code violations; and related common law causes of action). |
| | Plaintiffs allege that Defendants created a real estate "Ponzi scheme" to defraud investors of millions of dollars. |
| | The named defendants, factual allegations, causes of action, web of entities used by the defendants, events, transactions, occurrences, real estate "projects" involved are greatly intertwined with and overlap those of the instant matter. |
| | Plaintiffs in this matter have filed a Notice of Related Case regarding the matter of Steve Trachsel, et. al., v. Ronald Buchholz, et. al., (5:08-CV-02248-RMW). |

**FOURTH RELATED CASE**

**Case Name:**   **Cirrito, et. al., v. RNC Holdings, LLC, et. al.**

**Case Number:**  **5:08-CV-03477-PVT**

Court:         U. S. Dist. Court, Northern District of California (San Jose Division)

Case Filed:    July 18, 2008

Judge:

Magistrate:    Patricia V. Trumbull, presiding

Plaintiffs:    Thomas Cirrito; Atocha Land LLC

Defendants:    RNC Holdings, LLC; Ronald Buchholz; Charice Fischer

Description:   This is an unlimited civil action alleging multiple causes of action for RICO; Securities Exchange Act violations; California Corporations ode violations; and Breach of Fiduciary Duty.

Plaintiffs allege that Defendants created a real estate "Ponzi scheme" to defraud investors of millions of dollars.

The named defendants, factual allegations, causes of action, web of entities used by the defendants, events, transactions, occurrences, real estate "projects" involved are greatly intertwined with and overlap those of the instant matter.

Plaintiffs in this matter have filed a Notice of Related Cases regarding the matter of Steve Trachsel, et. al., v. Ronald Buchholz, et. al., (5:08-CV-02248-RMW), and Cirrito, et. al., v. RNC Holdings, LLC, et. al., (5:08-CV-03476-RS).

Dated: August 4, 2008                /s/ Steven R. Levy
                                     Attorney for Plaintiffs

Dated: August 4, 2008                /s/ Jeffrey M. Forster
                                     Attorney for Plaintiffs