1  **JEFFREY M. FORSTER (SBN 50519)**
   **160 West Santa Clara Street, Suite 1100**
2  **San Jose, CA 95113**
   **Telephone:    (408) 977-3137**
3  **Facsimile:     (408) 977-3141**
   **Email:          jforstr@pacbell.net**
4
   **STEVEN R. LEVY   (State Bar No. 103164)**
5  **17670 Woodland Avenue**
   **Morgan Hill, CA 95037**
6  **Telephone:    (408) 274-7000**
   **Facsimile:     (408) 274-9000**                    ***E-FILED - 11/18/08****
7  **Email:          slevy@bigfoot.com**

8  **Attorneys for Plaintiffs**

9              **UNITED STATES DISTRICT COURT**

10       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                  **SAN JOSE DIVISION**

12 **YU-SZE YEN; CLARICE ARNE; MIKE**          **CASE NO.: C 08-03535 RMW**
   **BAKER; JUAN BETTAGLIO AND**
13 **BRENDA BETTAGLIO, individually and**       **STIPULATION AND ORDER**
   **as Trustees of the Bettaglio Family Trust;** **CONTINUING CASE MANAGEMENT**
14 **MIKE BROGDON AND RENEE**                   **CONFERENCE**
   **BROGDON, individually and as Trustees**
15 **of the Brogdon Family Trust; DIANNE**
   **BRYSON; JAMES BRYSON; WAYNE**             **Judge:        Hon. Ronald M. Whyte**
16 **CANTO AND CANDISE CANTO;**                **Courtroom:   6  (4th Floor)**
   **FRANK CARBAJAL AND MEGAN**
17 **CARBAJAL; KWEI CHOONG; JASON**            **Complaint Filed:      July 23, 2008**
   **COLYAR; JIM COATES; JKAT**
18 **PROPERTIES, LLC, a California limited**    **Trial Date:           None**
   **liability company; MARK DELMAN AND**
19 **KATHLEEN DELMAN; TIMOTHY**               **JURY TRIAL DEMANDED**
   **GALE AND LORI GALE; ERIC GOLD;**
20 **JACK GREER AND DIANE GREER;**
   **JERRY HUGHES AND RHONDA**
21 **HUGHES; JEFF LAWRENCE; TINA**
   **McCRAW; BRUCE MEEKER AND**
22 **DEBORAH MEEKER; MATT ROGERS**
   **AND JULIE ROGERS; DAVID SAMS;**
23 **CYNTHIA SEMENOFF; BRIAN STARR**
   **AND DEBRA STARR; JEFFREY**
24 **STEELE; NICOLE STEELE; LAURA**
   **STEELE; LEN AND JAN TURNER;**
25 **IRVIN URBANSKI AND YOLANDA**
   **URBANSKI; KATHY URY; MARK VAN**
26 **BUHLER; BOB WINGER AND NANCY**
   **WINGER; JAMES WONG; CHARLIN**
27 **YEN,**
                    **Plaintiffs,**
28
   **v.**

1  **RONALD BUCHHOLZ; CHARICE**
2  **FISCHER, formerly known and a.k.a.,**
   **Charice Buchholz; SOLOMON CAPITAL,**
3  **LLC, a Nevada limited liability company;**
   **RNC HOLDINGS, LLC, a Nevada limited**
4  **liability company; LUXURY**
   **DEVELOPMENT FUND, LLC, a**
5  **Delaware limited liability company;**
   **EQUITY ENTERPRISES, INC., a**
6  **California corporation; EQUITY**
   **ENTERPRISES-NEVADA, INC., a**
7  **Nevada corporation; EQUITY**
   **ENTERPRISE MANAGEMENT, INC.;**
8  **ALABANZA, INC., formerly a California**
   **corporation; JONATHON VENTO;**
9  **GRACE CAPITAL, LLC dba GRACE**
   **COMMUNITIES, an Arizona limited**
10 **liability company; DONALD ZELEZNAK;**
   **ZELEZNAK PROPERTY**
11 **MANAGEMENT, LLC dba KELLER**
   **WILLIAMS REALTY, an Arizona limited**
12 **liability company; KELLER WILLIAMS**
   **REALTY, INC., a Texas corporation;**
13 **Z LOFTS, LLC, an Arizona limited**
   **liability company; PASTOR WILLIAM E.**
14 **BUCHHOLZ; FAMILY COMMUNITY**
   **CHURCH, a California corporate entity;**
15 **RDB DEVELOPMENT, LLC, a Nevada**
   **limited liability company; ZELTOR, LLC,**
16 **a Nevada limited liability company;**
   **VENTO INVESTMENTS, LLC, an**
17 **Arizona limited liability company; GUY**
   **BERRY; VENTO FAMILY TRUST; and**
18 **DOES 1-100, inclusive,**

19              **Defendants.**

20

21      By and through their, the parties listed below hereby stipulate that the Case Management

22 Conference be continued to February 27, 2009 at 10:30 a.m., and ask the Court to enter an Order

23 in accordance with this stipulation.

24

25      The Case Management Conference is presently set for November 21, 2008.

26

27      The reasons for the stipulation are that (1) service is pending to some named defendants,

28 (2) not all named parties have yet appeared, (3) several parties already served have indicated

1 | intent to respond by motion, and (4) Plaintiffs' counsel are engaged in informal discussions
2 | regarding the liability and possible dismissal of KELLER WILLIAMS REALTY, INC., a Texas
3 | corporation.
4 |
5 |     The parties to this Stipulation (and their counsel) are:
6 |
7 | All PLAINTIFFS (Jeffrey M. Forster and Steven R. Levy);
8 |
9 | KELLER WILLIAMS REALTY, INC., a Texas corporation (Gordon & Rees, LLP);
10 |
11 | JONATHON VENTO; GRACE CAPITAL, LLC dba GRACE COMMUNITIES, an
12 | Arizona limited liability company; DONALD ZELEZNAK; ZELEZNAK PROPERTY
13 | MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited
14 | liability company; Z LOFTS, LLC, an Arizona limited liability company; VENTO
15 | INVESTMENTS, LLC, an Arizona limited liability company; VENTO FAMILY TRUST
16 | (Greene, Chauvel, Descalso & Minoletti);
17 |
18 | Solomon Capital, Inc., Equity Enterprises, Inc., and Guy Berry (Pinnacle Law Group,
19 | LLP); and
20 |
21 | PASTOR WILLIAM E. BUCHHOLZ; FAMILY COMMUNITY CHURCH, a California
22 | corporate entity (Richard A. Kutche).
23 |
24 |     This Stipulation may be executed in multiple counterparts and by facsimile or other
25 | equivalent electronic transmission signature(s).
26 |
27 | Dated: November _____ , 2008        _____
                                     JEFFREY M. FORSTER
28 |                                      Attorney for PLAINTIFFS

1

2 Dated: November _____, 2008 _____

3                                              Gordon & Rees, LLP
                                             By: MEAGAN E. LEARY
                                             Attorneys for KELLER WILLIAMS REALTY, INC.,
4                                            a Texas corporation;

5

6 Dated: November _____, 2008 _____

7                                              Greene, Chauvel, Descalso & Minoletti
                                             By: MICHAEL G. DESCALSO
                                             Attorneys for JONATHON VENTO; GRACE
8                                            CAPITAL, LLC dba GRACE COMMUNITIES, an
                                             Arizona limited liability company; DONALD
9                                            ZELEZNAK; ZELEZNAK PROPERTY
                                             MANAGEMENT, LLC dba KELLER WILLIAMS
10                                           REALTY, an Arizona limited liability company; Z
                                             LOFTS, LLC, an Arizona limited liability company;
11                                           VENTO INVESTMENTS, LLC, an Arizona limited
                                             liability company; VENTO FAMILY TRUST;
12

13
    Dated: November _____, 2008 _____
14                                           Pinnacle Law Group, LLP
                                             By: WILLIAM W. SCHOFIELD
15                                           Attorneys for Defendants, Solomon Capital, Inc.,
                                             Equity Enterprises, Inc., and Guy Berry
16

17 Dated: November _____, 2008 _____
                                             By: RICHARD KUTCHE
18                                           Attorney for Defendants, PASTOR WILLIAM E.
                                             BUCHHOLZ, and FAMILY COMMUNITY
19                                           CHURCH, a California corporate entity

20
                                   **ORDER**
21
         The parties having so stipulated and GOOD CAUSE APPEARING,
22
         IT IS HEREBY ORDERED that the Case Management Conference presently set for
23
    November 21, 2008 is continued to February 27, 2009 at 10:30 a.m.
24

25 Dated: November _____, 2008 _____
                                             **HON. RONALD M. WHYTE**
26

27

28

1  intent to respond by motion, and (4) Plaintiffs' counsel are engaged in informal discussions

2  regarding the liability and possible dismissal of KELLER WILLIAMS REALTY, INC., a Texas

3  corporation.

4

5      The parties to this Stipulation (and their counsel) are:

6

7      All PLAINTIFFS (Jeffrey M. Forster and Steven R. Levy);

8

9      KELLER WILLIAMS REALTY, INC., a Texas corporation (Gordon & Rees, LLP);

10

11     JONATHON VENTO; GRACE CAPITAL, LLC dba GRACE COMMUNITIES, an

12     Arizona limited liability company; DONALD ZELEZNAK; ZELEZNAK PROPERTY

13     MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited

14     liability company; Z LOFTS, LLC, an Arizona limited liability company; VENTO

15     INVESTMENTS, LLC, an Arizona limited liability company; VENTO FAMILY TRUST

16     (Greene, Chauvel, Descalso & Minoletti);

17

18     Solomon Capital, Inc., Equity Enterprises, Inc., and Guy Berry (Pinnacle Law Group,

19     LLP); and

20

21     PASTOR WILLIAM E. BUCHHOLZ; FAMILY COMMUNITY CHURCH, a California

22     corporate entity (Richard A. Kutche).

23

24     This Stipulation may be executed in multiple counterparts and by facsimile or other

25  equivalent electronic transmission signature(s).

26

27  Dated: November __/__7__. 2008

28                                          JEFFREY M. FORSTER
                                           Attorney for PLAINTIFFS

**CASE NO.: C 08-03535 RMW**
**Stipulation and Order Continuing Case Management Conference**          Page 3 of 4

1

2  Dated: November ____, 2008

3
                                   Gordon & Rees, LLP
                                   By: MEAGAN E. LEARY

4  Attorneys for KELLER WILLIAMS REALTY, INC.,
   a Texas corporation;

5

6  Dated: November ____, 2008

7
                                   Greene, Chauvel, Descalso & Minoletti
                                   By: MICHAEL G. DESCALSO

8  Attorneys for JONATHON VENTO; GRACE
   CAPITAL, LLC dba GRACE COMMUNITIES, an
   Arizona limited liability company; DONALD

9  ZELEZNAK; ZELEZNAK PROPERTY
   MANAGEMENT, LLC dba KELLER WILLIAMS

10  REALTY, an Arizona limited liability company; Z
   LOFTS, LLC, an Arizona limited liability company;

11  VENTO INVESTMENTS, LLC, an Arizona limited
   liability company; VENTO FAMILY TRUST;

12

13
   Dated: November ____, 2008

14
                                     Pinnacle Law Group, LLP
                                   By: WILLIAM W. SCHOFIELD

15  Attorneys for Defendants, Solomon Capital, Inc.,
   Equity Enterprises, Inc., and Guy Berry

16

17  Dated: November ____, 2008

18
                                     By: RICHARD KUTCHE
   Attorney for Defendants, PASTOR WILLIAM E.

19  BUCHHOLZ, and FAMILY COMMUNITY
   CHURCH, a California corporate entity

20
                                **ORDER**

21
        The parties having so stipulated and GOOD CAUSE APPEARING,

22
        IT IS HEREBY ORDERED that the Case Management Conference presently set for

23
   November 21, 2008 is continued to February 27, 2009 at 10:30 a.m.

24

25  Dated: November ____, 2008
                                 **HON. RONALD M. WHYTE**

26

27

28

1

2 | Dated: November _____ , 2008

3                                      Gordon & Rees, LLP
By: MEAGAN E. LEARY
Attorneys for KELLER WILLIAMS REALTY, INC.,

4                                      a Texas corporation;

5

6 | Dated: November _14_ , 2008

7                                      Greene, Chauvel, Descalso & Minoletti
By: MICHAEL G. DESCALSO
Attorneys for JONATHON VENTO; GRACE

8                                      CAPITAL, LLC dba GRACE COMMUNITIES, an
Arizona limited liability company; DONALD

9                                      ZELEZNAK; ZELEZNAK PROPERTY
MANAGEMENT, LLC dba KELLER WILLIAMS

10                                     REALTY, an Arizona limited liability company; Z
LOFTS, LLC, an Arizona limited liability company;

11                                     VENTO INVESTMENTS, LLC, an Arizona limited
liability company; VENTO FAMILY TRUST;

12

13 | Dated: November _____ , 2008

14                                      Pinnacle Law Group, LLP
By: WILLIAM W. SCHOFIELD

15                                      Attorneys for Defendants, Solomon Capital, Inc.,
Equity Enterprises, Inc., and Guy Berry

16

17 | Dated: November _____ , 2008

18                                      By: RICHARD KUTCHE
Attorney for Defendants, PASTOR WILLIAM E.
BUCHHOLZ, and FAMILY COMMUNITY

19                                      CHURCH, a California corporate entity

20
## ORDER

21
The parties having so stipulated and GOOD CAUSE APPEARING,

22
IT IS HEREBY ORDERED that the Case Management Conference presently set for

23
November 21, 2008 is continued to February 27, 2009 at 10:30 a.m.

24

25 | Dated: November _____ , 2008

                                   **HON. RONALD M. WHYTE**

26

27

28

1

2 | Dated: November _____, 2008

3 |                 Gordon & Rees, LLP
  |                 By: MEAGAN E. LEARY

4 |                 Attorneys for KELLER WILLIAMS REALTY, INC., a Texas corporation;

5

6 | Dated: November _____, 2008

7 |                 Greene, Chauvel, Descalso & Minoletti
  |                 By: MICHAEL G. DESCALSO

8 |                 Attorneys for JONATHON VENTO; GRACE CAPITAL, LLC dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD

9 |                 ZELEZNAK; ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS

10 |                 REALTY, an Arizona limited liability company; Z LOFTS, LLC, an Arizona limited liability company;

11 |                 VENTO INVESTMENTS, LLC, an Arizona limited liability company; VENTO FAMILY TRUST;

12

13 | Dated: November ___13___, 2008

14 |                 Pinnacle Law Group, LLP
  |                 By: WILLIAM W. SCHOFIELD

15 |                 Attorneys for Defendants, Solomon Capital, Inc., Equity Enterprises, Inc., and Guy Berry

16

17 | Dated: November _____, 2008

18 |                 By: RICHARD KUTCHE
  |                 Attorney for Defendants, PASTOR WILLIAM E.

19 |                 BUCHHOLZ, and FAMILY COMMUNITY CHURCH, a California corporate entity

20 |                            **ORDER**

21 |     The parties having so stipulated and GOOD CAUSE APPEARING,

22 |     IT IS HEREBY ORDERED that the Case Management Conference presently set for

23 | November 21, 2008 is continued to February 27, 2009 at 10:30 a.m.

24

25 | Dated: November _____, 2008

26 |                 **HON. RONALD M. WHYTE**

27

28

1

2  Dated: November _____, 2008
   _____
3  Gordon & Rees, LLP
   By: MEAGAN E. LEARY
4  Attorneys for KELLER WILLIAMS REALTY, INC.,
   a Texas corporation;

5

6  Dated: November _____, 2008
   _____
7  Greene, Chauvel, Descalso & Minoletti
   By: MICHAEL G. DESCALSO
8  Attorneys for JONATHON VENTO; GRACE
   CAPITAL, LLC dba GRACE COMMUNITIES, an
9  Arizona limited liability company; DONALD
   ZELEZNAK; ZELEZNAK PROPERTY
10 MANAGEMENT, LLC dba KELLER WILLIAMS
   REALTY, an Arizona limited liability company; Z
11 LOFTS, LLC, an Arizona limited liability company;
   VENTO INVESTMENTS, LLC, an Arizona limited
12 liability company; VENTO FAMILY TRUST;

13
   Dated: November _____, 2008
14 _____
   Pinnacle Law Group, LLP
15 By: WILLIAM W. SCHOFIELD
   Attorneys for Defendants, Solomon Capital, Inc.,
16 Equity Enterprises, Inc., and Guy Berry

17 Dated: November _14_, 2008    _____
   By: RICHARD KUTCHE
18 Attorney for Defendants, PASTOR WILLIAM E.
   BUCHHOLZ, and FAMILY COMMUNITY
19 CHURCH, a California corporate entity

20                          **ORDER**

21        The parties having so stipulated and GOOD CAUSE APPEARING,

22        IT IS HEREBY ORDERED that the Case Management Conference presently set for

23 November 21, 2008 is continued to February 27, 2009 at 10:30 a.m.

24

25 Dated: November _18_, 2008    _____
   HON. RONALD M. WHYTE
26

27

28