1   DION N. COMINOS  (SBN: 136522)
    MEAGEN E. LEARY (SBN: 233103)
2   GORDON & REES LLP
    Embarcadero Center West
3   275 Battery Street, Suite 2000
    San Francisco, CA  94111
4   Telephone:  (415) 986-5900
    Facsimile:  (415) 986-8054
5

6   Attorneys for Defendant
    KELLER WILLIAMS REALTY, INC.

*E-FILED - 12/4/08*

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11   YU-SZE YEN; CLARICE ARNE; MIKE BAKER; )
    JUAN BETTAGLIO AND BRENDA BETTAGLIO, )
12   individually and as Trustees of the Bettaglio Family )
    Trust; MIKE BROGDON AND RENEE )
13   BROGDON, individually and as Trustees of the )
    Brogdon Family Trust; DIANE BRYSON; JAMES )
14   BRYSON; WAYNE CANTO AND CANDISE )
    CANTO; FRANK CARBAJAL AND MEGAN )
15   CARBAJAL; KWEI CHOONG; JASON COLYAR; )
    JIM COATES; JKAT PROPERTIES, LLC, a )
16   California limited liability company; MARK )
    DELMAN AND KATHLEEN DELMAN; TIM )
17   GALE AND LORI GALE; ERIC GOLD; JACK )
    GREER AND DIANE GREER; JERRY HUGHES )
18   AND RHONDA HUGHES; JEFF LAWRENCE; )
    TINA McCRAW; BRUCE MEEKER AND )
19   DEBORAH MEEKER; MATT ROGERS AND )
    JULIE ROGERS; DAVID SAMS; CYNTHIA )
20   SEMENOFF; BRIAN STARR AND DEBRA )
    STARR; JEFFREY STEELE; NICOLE STEELE; )
21   LAURA STEELE; LEN AND JAN TURNER; )
    IRVIN URBANSKI AND YOLANDA URBANSKI; )
22   KATHY URY; MARK VAN BUHLER; BOB )
    WINGER AND NANCY WINGER; JAMES )
23   WONG; CHARLIN YEN, )
                            )
24                   Plaintiffs, )
                            )
25       vs. )
                            )
26                             )
    RONALD BUCHHOLZ, CHARISE FISCHER, )
27   formerly known and a.k.a., Charise Buchholz, )
    SOLOMON CAPITAL, LLC, a Nevada limited )
28

CASE NO. C08 03535 RMW

**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE**

-1-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1   liability company; RNC HOLDINGS, LLC, a )
    Nevada limited liability company; LUXURY )
2   DEVELOPMENT FUND, LLC. a Delaware limited )
    liability company; EQUITY ENTERPRISES, INC. a )
3   California corporation; EQUITY ENTERPRISES- )
    NEVADA, INC. a Nevada corporation; EQUITY )
4   ENTERPRISE MANAGEMENT, INC.; )
    ALABANZA, INC., formerly a California )
5   corporation; JONATHON VENTO; GRACE )
    CAPITAL, LLC, dba GRACE COMMUNITIES, an )
6   Arizona limited liability company, DONALD )
    ZELEZNAK; ZELEZNAK PROPERTY )
7   MANAGEMENT, LLC dba KELLER WILLIAMS )
    REALTY, INC., an Arizona limited liability )
8   company; KELLER WILLIAMS REALTY, INC., a )
    Texas corporation; Z LOFTS, LLC, an Arizona )
9   limited liability company; PASTOR WILLIAM E. )
    BUCHHOLZ; FAMILY COMMUNITY CHURCH, )
10  a California corporate entity; RDB )
    DEVELOPMENT, LLC, a Nevada limited liability )
11  company; ZELTOR, LLC, a Nevada limited liability )
    company; VENTO INVESTMENTS, LLC, an )
12  Arizona limited liability company; GUY BERRY; )
    VENTO FAMILY TRUST; and DOES 1-100, )
13  inclusive, )
                                                      )
14  _____ Defendants. )

**IT IS HEREBY STIPULATED** by and between Plaintiffs YU-SZE YEN, CLARICE

ARNE, MIKE BAKER, JUAN BETTAGLIO, BRENDA BETTAGLIO, MIKE BROGDON,

RENEE BROGDON, DIANE BRYSON, JAMES BRYSON, WAYNE CANTO, CANDISE

CANTO, FRANK CARBAJAL, MEGAN CARBAJAL, KWEI CHOONG, JASON COLYAR,

JIM COATES, JKAT PROPERTIES, LLC, MARK DELMAN, KATHLEEN DELMAN, TIM

GALE, LORI GALE, ERIC GOLD, JACK GREER, DIANE GREER, JERRY HUGHES,

RHONDA HUGHES, JEFF LAWRENCE, TINA McCRAW, BRUCE MEEKER, DEBORAH

MEEKER, MATT ROGERS, JULIE ROGERS, DAVID SAMS, CYNTHIA SEMENOFF,

BRIAN STARR, DEBRA STARR, JEFFREY STEELE, NICOLE STEELE, LAURA STEELE,

LEN AND JAN TURNER, IRVIN URBANSKI, YOLANDA URBANSKI, KATHY URY,

MARK VAN BUHLER, BOB WINGER, NANCY WINGER, JAMES WONG, and CHARLIN

YEN and Defendant KELLER WILLIAMS REALTY, INC. by and through their respective

counsel of record, that this matter be dismissed without prejudice pursuant to Federal Rule of

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1   Civil Procedure 41(a)(1); each party to bear its own fees, costs and attorneys fees.

2

3   DATED: November 20, 2008                    Attorneys for Plaintiffs YU-SZE YEN, et al.

4

5                                               By _____
6                                                  Jeffrey M. Forster, Esq.
                                                   Steven R. Levy, Esq.
7

8

9   DATED: November 20, 2008                    Attorneys for Defendant KELLER WILLIAMS
                                                REALTY, INC.
10

11                                              By _____
12                                                 Dion N. Comines, Esq.
                                                   Meagen E. Leary, Esq.
13                                                 GORDON & REES LLP

14  **ORDER**

15      PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter is dismissed,

16  without prejudice.

17

18  DATED: ___12/4/08___        *Ronald M. Whyte*

19                              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28
                                            -3-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111