JEFFREY M. FORSTER (SBN 50519)
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Telephone: (408) 977-3137
Facsimile: (408) 977-3141
Email: jforstr@pacbell.net

STEVEN R. LEVY (State Bar No. 103164)
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone: (408) 274-7000
Facsimile: (408) 274-9000
Email: slevy@bigfoot.com

Attorneys for Plaintiffs

*E-FILED - 2/25/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| YU-SZE YEN, et. al,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD BUCHHOLZ, et. al.,<br><br>Defendants. | CASE NUMBER: C-08-03535  RMW<br><br>STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Judge: Hon. Ronald M. Whyte<br>Courtroom: 6 (4th Floor)<br><br>Complaint Filed: July 23, 2008<br><br>Trial Date: None |
|---|---|

By and through their respective counsel, the parties listed below hereby stipulate that the Case Management Conference be continued to May 29, 2009 at 10:30 a.m., and ask the Court to enter an Order in accordance with this stipulation.

The Case Management Conference is presently set for February 27, 2009.

The reasons for the stipulation are that, as a result of the Court's recent orders, (1) Plaintiffs will be filing a Second Amended Complaint on or before March 10, 2009, (2) Defendants are then entitled to time to respond, some of whom may file additional motions to dismiss, and (3) the likely time for any such motions to be heard would be approximately early May 2009.

The parties to this Stipulation (and their counsel) are:

All PLAINTIFFS (Jeffrey M. Forster and Steven R. Levy);

RONALD BUCHHOLZ, CHARICE FISCHER, SOLOMON CAPITAL, INC., EQUITY ENTERPRISES, INC., and GUY BERRY et. al., (Pinnacle law Group);

JONATHON VENTO; GRACE CAPITAL, LLC dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company; Z LOFTS, LLC, an Arizona limited liability company; VENTO INVESTMENTS, LLC, an Arizona limited liability company; VENTO FAMILY TRUST (Greene, Chauvel, Descalso & Minoletti);

Solomon Capital, Inc., Equity Enterprises, Inc., and Guy Berry (Pinnacle Law Group, LLP); and

PASTOR WILLIAM E. BUCHHOLZ; FAMILY COMMUNITY CHURCH, a California corporate entity (William Frazier).

This Stipulation may be executed in multiple counterparts and by facsimile or other equivalent electronic transmission signature(s).

Dated: February 21, 2009

STEVEN R. LEVY (and for JEFFREY M. FORSTER)
Attorney for PLAINTIFFS

Dated: February 20, 2009

By: WILLIAM FRAZIER
Attorney for Defendants, PASTOR WILLIAM E. BUCHHOLZ, and FAMILY COMMUNITY CHURCH, a California corporate entity

1  ///

2  Dated: February _____, 2009

3  Greene, Chauvel, Descalso & Minoletti
   By: MICHAEL G. DESCALSO
   Attorneys for JONATHON VENTO; GRACE
   CAPITAL, LLC dba GRACE COMMUNITIES, an
   Arizona limited liability company; DONALD
   ZELEZNAK; ZELEZNAK PROPERTY
   MANAGEMENT, LLC dba KELLER WILLIAMS
   REALTY, an Arizona limited liability company; Z
   LOFTS, LLC, an Arizona limited liability company;
   VENTO INVESTMENTS, LLC, an Arizona limited
   liability company; VENTO FAMILY TRUST;

9  Dated: February 20, 2009

   [signature]

   Pinnacle Law Group, LLP
   By: WILLIAM W. SCHOFIELD
   Attorneys for Defendants, Ronald Buchholz, Charice
   Fischer, Solomon Capital, Inc., Equity Enterprises,
   Inc., and Guy Berry et. al.

## ORDER

The parties having so stipulated and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the Case Management Conference presently set for February 27, 2009 is continued to May 29, 2009 at 10:30 a.m.

Dated: February _____, 2008

**HON. RONALD M. WHYTE**

1
2  Dated: February 20, 2009
3
4
5
6
7
8

Greene, Chauvel, Descalso & Minoletti
By: MICHAEL G. DESCALSO
Attorneys for JONATHON VENTO; GRACE
CAPITAL, LLC dba GRACE COMMUNITIES, an
Arizona limited liability company; DONALD
ZELEZNAK; ZELEZNAK PROPERTY
MANAGEMENT, LLC dba KELLER WILLIAMS
REALTY, an Arizona limited liability company; Z
LOFTS, LLC, an Arizona limited liability company;
VENTO INVESTMENTS, LLC, an Arizona limited
liability company; VENTO FAMILY TRUST;

9  Dated: February __, 2009
10
11
12

Pinnacle Law Group, LLP
By: WILLIAM W. SCHOFIELD
Attorneys for Defendants, Ronald Buchholz, Charice
Fischer, Solomon Capital, Inc., Equity Enterprises,
Inc., and Guy Berry, et. al.

13
14                                ORDER

15     The parties having so stipulated and GOOD CAUSE APPEARING,

16     IT IS HEREBY ORDERED that the Case Management Conference presently set for

17  February 27, 2009 is continued to May 29, 2009 at 10:30 a.m.

18
   Dated: February __, 2008
19                                HON. RONALD M. WHYTE

20
21
22
23
24
25
26
27
28

1  ///

2  Dated: February _____, 2009

    _____
    Greene, Chauvel, Descalso & Minoletti
    By: MICHAEL G. DESCALSO
    Attorneys for JONATHON VENTO; GRACE
    CAPITAL, LLC dba GRACE COMMUNITIES, an
    Arizona limited liability company; DONALD
    ZELEZNAK; ZELEZNAK PROPERTY
    MANAGEMENT, LLC dba KELLER WILLIAMS
    REALTY, an Arizona limited liability company; Z
    LOFTS, LLC, an Arizona limited liability company;
    VENTO INVESTMENTS, LLC, an Arizona limited
    liability company; VENTO FAMILY TRUST;

9  Dated: February _____, 2009

    _____
    Pinnacle Law Group, LLP
    By: WILLIAM W. SCHOFIELD
    Attorneys for Defendants, Ronald Buchholz, Charice
    Fischer, Solomon Capital, Inc., Equity Enterprises,
    Inc., and Guy Berry et. al.

### ORDER

The parties having so stipulated and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the Case Management Conference presently set for February 27, 2009 is continued to May 29, 2009 at 10:30 a.m.

Dated: February _25_, 200~~8~~ 9

*/s/ Ronald M. Whyte*
HON. RONALD M. WHYTE