1  JEFFREY M. FORSTER (SBN 50519)
   160 West Santa Clara Street, Suite 1100
2  San Jose, CA 95113
   Telephone:  (408) 977-3137
3  Facsimile:  (408) 977-3141
   Email:      jforstr@pacbell.net
4
   STEVEN R. LEVY   (State Bar No. 103164)
5  17670 Woodland Avenue
   Morgan Hill, CA 95037
6  Telephone:  (408) 274-7000
   Facsimile:  (408) 274-9000                    *E-FILED - 6/11/09*
7  Email:      slevy@bigfoot.com

8  Attorneys for Plaintiffs

9                       UNITED STATES DISTRICT COURT
10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                              SAN JOSE DIVISION
12

13 | YU-SZE YEN, et. al,                    | CASE NUMBER: C-08-03535 RMW          |
14 |         Plaintiffs,                    | STIPULATION AND ORDER CONTINUING     |
   |                                        | CASE MANAGEMENT CONFERENCE           |
15 | v.                                     |                                      |
   |                                        | Judge:      Hon. Ronald M. Whyte     |
16 | RONALD BUCHHOLZ, et. al.,              | Courtroom:  6 (4th Floor)            |
17 |         Defendants.                    | Complaint Filed:  July 23, 2008      |
18 |                                        | Trial Date:       None               |

19
20      By and through their counsel, the parties listed below hereby stipulate that the Case Management
21  Conference be continued to September 11, 2009 at 10:30 a.m., and ask the Court to enter an
22  Order in accordance with this stipulation.
23      The Case Management Conference is presently set for June 12, 2009.
24      The reasons for the stipulation are (1) A Motion to Dismiss by the "Grace Defendants" is
25  set for hearing on June 12, 2009, (2) a stipulated order for dismissal is being prepared as to
26  defendant, Guy Berry, and (3) the "Solomon Defendants" have not yet answered (a limited
27  motion to dismiss had been set for June 12, 2009, but was resolved by Plaintiffs' notice of non-
28  opposition. The parties to this Stipulation (and their counsel) are:

---

Case Number: C-08-03535 RMW
Stipulation and Order Continuing Case Management Conference                      Page 1 of 3

All PLAINTIFFS (Jeffrey M. Forster and Steven R. Levy);

RONALD BUCHHOLZ, CHARICE FISCHER, SOLOMON CAPITAL, INC., EQUITY ENTERPRISES, INC., and GUY BERRY et. al., (Pinnacle law Group);

JONATHON VENTO; GRACE CAPITAL, LLC dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company; Z LOFTS, LLC, an Arizona limited liability company; VENTO INVESTMENTS, LLC, an Arizona limited liability company; VENTO FAMILY TRUST (Wilenchik & Bartness);

PASTOR WILLIAM E. BUCHHOLZ; FAMILY COMMUNITY CHURCH, a California corporate entity (Law Offices of Steven M. Bangerter).

This Stipulation may be executed in multiple counterparts and by facsimile or other equivalent electronic transmission signature(s).

Dated: June __2__, 2009

Steven R. Levy/Jeffrey M. Forster)
Attorneys for PLAINTIFFS

Dated: June _____, 2009

Law Offices of Steven M. Bangerter
By: Daniel P. Wilde
Attorneys for Defendants, PASTOR WILLIAM E. BUCHHOLZ, and FAMILY COMMUNITY CHURCH, a California corporate entity

Dated: June _____, 2009

Pinnacle Law Group, LLP
By: William W. Schofield
Attorneys for Defendants, Ronald Buchholz, Charice Fischer, Solomon Capital, Inc., Equity Enterprises, Inc., and Guy Berry et. al.

1. All PLAINTIFFS (Jeffrey M. Forster and Steven R. Levy);

2. RONALD BUCHHOLZ, CHARICE FISCHER, SOLOMON CAPITAL, INC., EQUITY ENTERPRISES, INC., and GUY BERRY et. al., (Pinnacle law Group);

3. JONATHON VENTO; GRACE CAPITAL, LLC dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company; Z LOFTS, LLC, an Arizona limited liability company; VENTO INVESTMENTS, LLC, an Arizona limited liability company; VENTO FAMILY TRUST (Wilenchik & Bartness);

4. PASTOR WILLIAM E. BUCHHOLZ; FAMILY COMMUNITY CHURCH, a California corporate entity (~~Law Offices of Steven M. Bangerter~~). Bangerter Sheppard, PC

This Stipulation may be executed in multiple counterparts and by facsimile or other equivalent electronic transmission signature(s).

Dated: June _____, 2009

_____
Steven R. Levy/Jeffrey M. Forster)
Attorneys for PLAINTIFFS

Dated: June __2__, 2009

_____
~~Law Offices of Steven M. Bangerter~~ Bangerter Sheppard
By: Daniel P. Wilde
Attorneys for Defendants, PASTOR WILLIAM E. BUCHHOLZ, and FAMILY COMMUNITY CHURCH, a California corporate entity

Dated: June _____, 2009

_____
Pinnacle Law Group, LLP
By: William W. Schofield
Attorneys for Defendants, Ronald Buchholz, Charice Fischer, Solomon Capital, Inc., Equity Enterprises, Inc., and Guy Berry et. al.

1  All PLAINTIFFS (Jeffrey M. Forster and Steven R. Levy);

3  RONALD BUCHHOLZ, CHARICE FISCHER, SOLOMON CAPITAL, INC., EQUITY
4  ENTERPRISES, INC., and GUY BERRY et. al., (Pinnacle law Group);

6  JONATHON VENTO; GRACE CAPITAL, LLC dba GRACE COMMUNITIES, an
7  Arizona limited liability company; DONALD ZELEZNAK; ZELEZNAK PROPERTY
8  MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited
9  liability company; Z LOFTS, LLC, an Arizona limited liability company; VENTO
10 INVESTMENTS, LLC, an Arizona limited liability company; VENTO FAMILY TRUST
11 (Wilenchik & Bartness);

13 PASTOR WILLIAM E. BUCHHOLZ; FAMILY COMMUNITY CHURCH, a California
14 corporate entity (Law Offices of Steven M. Bangerter).

16 This Stipulation may be executed in multiple counterparts and by facsimile or other
17 equivalent electronic transmission signature(s).

19 Dated: June _____, 2009

_____
Steven R. Levy/Jeffrey M. Forster)
Attorneys for PLAINTIFFS

22 Dated: June _____, 2009

_____
Law Offices of Steven M. Bangerter
By: Daniel P. Wilde
Attorneys for Defendants, PASTOR WILLIAM E.
BUCHHOLZ, and FAMILY COMMUNITY
CHURCH, a California corporate entity

26 Dated: June __2__, 2009

_____
Pinnacle Law Group LLP
By: William W. Schofield
Attorneys for Defendants, Ronald Buchholz, Charice
Fischer, Solomon Capital, Inc., Equity Enterprises,
Inc., and Guy Berry et. al.

Dated: June 2, 2009

Wilenchik & Bartness
By: Dennis I. Wilenchik, admitted *pro hac vice*
Attorneys for JONATHAN VENTO; GRACE CAPITAL, LLC dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company; Z LOFTS, LLC, an Arizona limited liability company; VENTO INVESTMENTS, LLC, an Arizona limited liability company; VENTO FAMILY TRUST

## ORDER

The parties having so stipulated and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the Case Management Conference presently set for June 12, 2009 is continued to September 11, 2009 at 10:30 a.m.

Dated: June __11__, 2009

_Ronald M. Whyte_
HON. RONALD M. WHYTE

Case No. C08-03535 RMW
Stipulation and Order Continuing Case Management Conference                                   Page 3 of 3