**E-FILED on**   11/20/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YU-SZE YEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RONALD BUCHHOLZ, et al.,<br><br>    Defendants. | No. C-08-03535 RMW<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH THE FEDERAL RULES OF CIVIL PROCEDURE<br>**[Re Docket Nos. 101, 104]** |

    For the reasons discussed at the hearing on November 20, 2009, the motion to dismiss plaintiffs' Third Amended Complaint is granted with leave to amend by December 30, 2009. Defendants shall have 30 days to respond to the amended complaint.

DATED:    11/20/09

*Ronald M Whyte*

RONALD M. WHYTE

United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH THE FEDERAL RULES OF CIVIL PROCEDURE—No. C-08-03535 RMW
CCL

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Jeffrey Mark Forster   jforstr@pacbell.net
Steven R. Levy        slevy@bigfoot.com

**Counsel for Defendants:**

Michael George Descalso    mgd@greenechauvel.com
Dennis I. Wilenchik        diw@wb-law.com
Andrew A. August           aaugust@pinnaclelawgroup.com
William W. Schofield       wschofield@pinnaclelawgroup.com
Steven R Bangerter         sbangerter@bangertersheppard.com
Meagen Eileen Leary        mleary@gordonrees.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** _____11/20/09_____                    _____CCL_____

                                          **Chambers of Judge Whyte**

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH THE FEDERAL RULES OF CIVIL PROCEDURE—No. C-08-03535 RMW
CCL                                                 2