1  **JEFFREY M. FORSTER (SBN 50519)**
   160 West Santa Clara Street, Suite 1100
2  San Jose, CA 95113
   Telephone:   (408) 977-3137
3  Facsimile:   (408) 977-3141
   Email:       jforstr@pacbell.net
4
   **STEVEN R. LEVY**   (State Bar No. 103164)
5  17670 Woodland Avenue                                    *E-FILED - 3/2/11*
   Morgan Hill, CA 95037
6  Telephone:   (408) 274-7000
   Facsimile:   (408) 274-9000
7  Email:       slevy@bigfoot.com

8  Attorneys for Plaintiffs

9
                     UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13 | YU-SZE YEN, et. al,         | CASE NUMBER:   C-08-03535   RMW |

14 |         Plaintiffs,          | STIPULATION TO CONTINUE MOTIONS (Motion for Summary Judgment and Motion for Sanctions) AND ORDER THEREON |

15 | v.                           |

16 | RONALD BUCHHOLZ, et. al.,    | Judge:       Hon. Ronald M. Whyte
                                    Courtroom:   6 (4th Floor)
17 |         Defendants.          |

18                                  Complaint Filed:   July 23, 2008

19                                  Trial Date:        None

20         By and through their respective attorneys, the parties listed below (Plaintiffs and Grace

21 Defendants) hereby stipulate that the Motion for Summary Judgment and Motion for Sanctions presently

22 set for hearing on March 25, 2001 be continued to May 13, 2011 at 9:00 a.m. The parties to this

23 Stipulation (and their counsel) are:

24      Plaintiffs:     By and through attorney Steven R. Levy;

25      Defendants:    Jonathon Vento, Grace Capital, LLC, dba Grace Communities, Donald Zeleznak,

26                     Z-Loft, LLC, Zeleznak Property Management, LLC dba Keller Williams Realty,

27                     Z-Lofts, Zeltor, LLC, and the Vento Family Trust (Grace Defendants), by and

28                     through their attorney, Kathleen E. Rapp.

1    Other defendants having appeared in the case are not part of this stipulation because they are not
2    parties to the pending motions.
3    The Grace Defendants have previously filed a Motion for Summary Judgment and a Motion for
4    Sanctions, both presently set for hearing before the Hon. Ronald M. Whyte on March 25, 2011 at 9:00
5    a.m.
6    The parties have agreed to continue both motions to May 13, 2011, at 9:00 a.m., to be heard by
7    the Hon. Ronald M. Whyte, availability of that date and time having confirmed with the Clerk.
8    Accordingly and by signatures below, the Plaintiffs and the Grace Defendants stipulate to and
9    request the Court to enter its Order whereby, the Motion for Summary Judgment and the Motion for
10   Sanctions be continued for hearing as follows:
11       Date:        May 13, 2011
12       Time:        9:00 a.m.
13       Judge:       Hon. Ronald M. Whyte.
14       Courtroom:   6 (4th Floor).
15   The attorneys for the parties to this Stipulation agree that this Stipulation may be executed in
16   multiple counterparts and by facsimile or other equivalent electronic transmission signature(s) and, for
17   expediency, Kathleen E. Rapp (attorney for the Grace Defendants) has authorized Steven Levy to submit
18   this stipulation and proposed order indicating her electronic signature and to sign the original on her
19   behalf. By submission of this stipulation and proposed order, Steven Levy warrants receipt of the
20   aforementioned authorization from Kathleen Rapp.
21
22   Dated:  February 16, 2011           /s/_____
23                                       Steven R. Levy, Attorney for Plaintiffs
24
25   Dated:  February 16, 2011           /s/_____
26                                       Kathleen E. Rapp (attorney for the Grace Defendants)
27
28

**[] ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that the Motion for Summary Judgment and Motion for Sanctions previously filed by the Grace Defendants and presently set for hearing on March 25, 2011, are continued to:

| | |
|---|---|
| Date: | May 13, 2011 |
| Time: | 9:00 a.m. |
| Judge: | Hon. Ronald M. Whyte. |
| Courtroom: | 6 (4th Floor). |

Dated: 3/2/11

_____
Hon. Ronald M. Whyte
Senior District Judge of the U. S. District Court, for the Northern District of California