1  Andrew A. August, SBN 112851
   William W. Schofield, SBN 062674
2  Pinnacle Law Group, LLP
   425 California Street, Suite 1800
3  San Francisco, California 94104
   Telephone 415.394.5700
4  Facsimile 415.394-5003                    *E-FILED - 6/2/11*
   Attorneys for Defendants
5  Ronald Buchholz, Charice Fischer,
   Solomon Capital, Inc., Luxury
6  Development Fund, LLC,
   and RDB Development, Inc.
7

8

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                       (SAN JOSE DIVISION)

12
   YU-SZE YEN, et al.,                Case No. 08-03535 RMW
13
                                      **STIPULATION AND ORDER
14              Plaintiffs,           VACATING CASE MANAGEMENT
        vs.                           CONFERENCE**
15
   RONALD BUCHHOLZ, et al.,           **Date:  June 3, 2011**
16                                    **Time:  10:30 a.m.**
                Defendants.           **Court: 6 (Hon. Ronald M. Whyte)**
17

18

19        The parties have agreed to a form of mediation—voluntary mediation through the Northern

20  District of California's ADR Program. The parties, through counsel, therefore stipulate that the

21  Case Management Conference scheduled for June 3, 2011 can be vacated.

22
   Dated:  May 31, 2011               By:
23
                                          Jeffrey M. Forster
24                                        Attorney for Plaintiffs

25  Dated:  May 31, 2011               Pinnacle Law Group, LLP

26                                    By:

27                                        William W. Schofield
                                          Attorneys for Defendants
28                                        Ronald Buchholz, Charice Fischer,
                                          Solomon Capital, Inc., Luxury Development
                                          Fund, LLC, and RDB Development, Inc.

No. C08 03535 RMW
Stipulation and Order Vacating CMC              - 1 -

1    Dated:  May 31, 2011                    Wilenchik & Bartness

2                                            By:  _____

3                                            Kathleen A. Rapp
                                             Attorneys for Defendants Jonathon Vento,
4                                            Grace Capital, LLC dba Grace Communities,
                                             Donald Zeleznak, Z-Loft, LLC, Zeleznak
5                                            Property Management, LLC dba Keller
                                             Williams Realty, Z-Lofts, Zeltor, LLC,
6                                            and the Vento Family Trust

7

8    Dated:  May 31, 2011                    Bangerter Sheppard, PC

9                                            By:  _____

10                                           Daniel P. Wilde   Steven R. Bangerter
                                             Attorneys for Defendants Pastor William E.
11                                           Buchholz and Family Community Church

12

13                            **[PROPOSED] ORDER**

14        The parties having so stipulated, IT IS HEREBY ORDERED that the Case Management

15   Conference presently set for June 3, 2011 is vacated. The parties are to appear at the Case

16   Management Conference set for August 26, 2011 at 10:30 a.m. in Dept. 6.

17

18   Dated:  _6/2/11_____    _____
                                         Hon. Ronald M. Whyte
19                                       U. S. District Court Judge

20

21

22

23

24

25

26

27

28