**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350, admitted *pro hoc vice*
Kathleen E. Rapp, #023982, admitted *pro hoc vice*
admin@wb-law.com

Attorney for Jonathon Vento, Grace Capital, LLC
dba Grace Communities, Donald Zeleznak, Z-Loft, LLC,
Zeleznak Property Management, LLC dba Keller Williams Realty,
Z-Lofts, Zeltor, LLC, and the Vento Family Trust

*E-FILED - 7/13/11*

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| YU-SZE YEN; CLARICE ARNE; MIKE BAKER; JUAN BETTAGLIO AND BRENDA BETTAGLIO, individually and as Trustees of the Bettaglio Family Trust; MIKE BROGDON AND RENEE BROGDON, individually and as Trustees of the Brogdon Family Trust; DIANNE BRYSON; JAMES BRYSON; WAYNE CANTO AND CANDISE CANTO;FRANK CARBAJAL AND MEGAN CARBAJAL; KWEI CHOONG; JASON COLYAR; JIM COATES; JKAT PROPERTIES, LLC, A California limited liability company; MARK DELMAN AND KATHLEEN DELMAN; TIMOTHY GALE AND LORI GALE; ERIC GOLD; JACK GREER AND DIANE GREER; JERRY HUGHES AND PHONDA HUGHES; JEFF LAWRENCE; TINA MCCRAW; BRUCE MEEKER AND DEBORAH MEEDER; MATT ROGERS AND JULIE ROGERS; DAVID SAMS; CYNTHIA SEMENOFF; BRIAN STARR AND DEBRA STARR; JEFFREY | Case No.: C 08-03535 RMW<br><br>Order Granting the Continuance of the Oral Argument regarding Grace Defendants' Motion for Summary Judgment and Motion for Sanctions<br><br><br>(Assigned to the<br>Honorable Ronald M. Whyte) |

|   |   |
|---|---|
| 1 | STEELE; NICOLE STEELE; LAURA STEELE; LEN AND JAN TURNER; IRVIN URBANSKI AND YOLANDA URBANSKI; KATHY URY; MARK VAN BUHLER; BOB WINGER AND NANCY WINGER; JAMES WONG; CHARLIN YEN, |

1  STEELE; NICOLE STEELE; LAURA
2  STEELE; LEN AND JAN TURNER; IRVIN
   URBANSKI AND YOLANDA URBANSKI;
3  KATHY URY; MARK VAN BUHLER; BOB
   WINGER AND NANCY WINGER; JAMES
4  WONG; CHARLIN YEN,

                    Plaintiffs,
5
   v.
6
   RONALD BUCHHOLZ; CHARICE FISCHER,
7  formerly known and a.k.a, Charice Buchholz;
   SOLOMON CAPITAL, LLC, a Nevada limited
8  liability company; RNC HOLDINGS, LLC, a
   Nevada limited liability company; LUXURY
9  DEVELOPMENT FUND, LLC, a Delaware
   limited liability company; EQUITY
10 ENTERPRISES, INC., a Nevada corporation;
   EQUITY ENTERPRISE MANAGEMENT,
11 INC., a California corporation; EQUITY
   ENTERPRISES-NEVADA, INC., a Nevada
12 corporation; EQUITY ENTERPRISE
   MANAGEMENT, INC., ; ALABANZA, INC.,
13 formerly a California corporation; JONATHON
   VENTO; GRACE CAPITAL LLC., dba
14 GRACE COMMUNITIES, an Arizona limited
   liability company; DONALD
15 ZELEZNAK;ZELEZNAK PRPERTY
   MAMAGEMENT, LLC., dba KELLER
16 WILLIAMS REALTY, an Arizona limited
   liability company; KELLER WILLIAMS
17 REALTY, INC., a Texas corporation; Z LOFTS,
   LLC. an Arizona limited liability company;
18 PASTOR WILLIAM E. BUCHHOLZ; FAMILY
   COMMUNITY CHURCH, a California
19 corporate entity; RDB DEVELOPMENT, LLC,
   a Nevada limited liability company; ZELTOR,
20 LLC, a Nevada limited liability company;
   VENTO INVESTMENTS, LLC, an Arizona
21 limited liability company; GUY BERRY;
   VENTO FAMILY TRUST; and DOES 1-100,
22 inclusive,
                    Defendants.
23
24

1  This matter, having come before the Court on Plaintiffs and Grace Defendants' Stipulated
2  Motion to Continue and good cause having been found, it is hereby:
3  ORDERED granting the Motion to Continue the Oral Argument regarding Grace Defendants' Motion for Summary Judgment and Motion for Sanctions.
4  
5  IT IS FURTHER ORDERED that the oral argument set for July 15, 2011 at 9:00 A.M. is vacated and continued to  September 16, 2011 at 9:00 A.M.  .

7  DATED this ___13___ day of ___July___, 2011.



**Honorable Ronald M. Whyte**