**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810     Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350, admitted *pro hoc vice*
Kathleen E. Rapp, #023982, admitted *pro hoc vice*
admin@wb-law.com

Attorney for Jonathon Vento, Grace Capital, LLC
dba Grace Communities, Donald Zeleznak, Z-Loft, LLC,
Zeleznak Property Management, LLC dba Keller Williams Realty,
Z-Lofts, Zeltor, LLC, and the Vento Family Trust

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| YU-SZE YEN; CLARICE ARNE; MIKE BAKER; JUAN BETTAGLIO AND BRENDA BETTAGLIO, individually and as Trustees of the Bettaglio Family Trust; MIKE BROGDON AND RENEE BROGDON, individually and as Trustees of the Brogdon Family Trust; DIANNE BRYSON; JAMES BRYSON; WAYNE CANTO AND CANDISE CANTO; FRANK CARBAJAL AND MEGAN CARBAJAL; KWEI CHOONG; JASON COLYAR; JIM COATES; JKAT PROPERTIES, LLC, A California limited liability company; MARK DELMAN AND KATHLEEN DELMAN; TIMOTHY GALE AND LORI GALE; ERIC GOLD; JACK GREER AND DIANE GREER; JERRY HUGHES AND PHONDA HUGHES; JEFF LAWRENCE; TINA MCCRAW; BRUCE MEEKER AND DEBORAH MEEDER; MATT ROGERS AND JULIE ROGERS; DAVID SAMS; CYNTHIA SEMENOFF; BRIAN STARR AND DEBRA STARR; JEFFREY | Case No.: C 08-03535 RMW<br><br>**Order Granting the Stipulation to Dismiss Grace Defendants With Prejudice and to Vacate the Date for Oral Argument Regarding Grace Defendants' Motion for Summary Judgment and Motion for Sanctions**<br><br>(Assigned to the Honorable Ronald M. Whyte) |

STEELE; NICOLE STEELE; LAURA STEELE; LEN AND JAN TURNER; IRVIN URBANSKI AND YOLANDA URBANSKI; KATHY URY; MARK VAN BUHLER; BOB WINGER AND NANCY WINGER; JAMES WONG; CHARLIN YEN,

Plaintiffs,

v.

RONALD BUCHHOLZ; CHARICE FISCHER, formerly known and a.k.a, Charice Buchholz; SOLOMON CAPITAL, LLC, a Nevada limited liability company; RNC HOLDINGS, LLC, a Nevada limited liability company; LUXURY DEVELOPMENT FUND, LLC, a Delaware limited liability company; EQUITY ENTERPRISES, INC., a Nevada corporation; EQUITY ENTERPRISE MANAGEMENT, INC., a California corporation; EQUITY ENTERPRISES-NEVADA, INC., a Nevada corporation; EQUITY ENTERPRISE MANAGEMENT, INC., ; ALABANZA, INC., formerly a California corporation; JONATHON VENTO; GRACE CAPITAL LLC., dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK;ZELEZNAK PRPERTY MAMAGEMENT, LLC., dba KELLER WILLIAMS REALTY, an Arizona limited liability company; KELLER WILLIAMS REALTY, INC., a Texas corporation; Z LOFTS, LLC. an Arizona limited liability company; PASTOR WILLIAM E. BUCHHOLZ; FAMILY COMMUNITY CHURCH, a California corporate entity; RDB DEVELOPMENT, LLC, a Nevada limited liability company; ZELTOR, LLC, a Nevada limited liability company; VENTO INVESTMENTS, LLC, an Arizona limited liability company; GUY BERRY; VENTO FAMILY TRUST; and DOES 1-100, inclusive,

Defendants.

2

This matter, having come before the Court on Plaintiffs and Grace Defendants' Stipulated Motion to Dismiss the Grace Defendants with Prejudice and Vacate the Hearing on Grace Defendants' Motion for Summary Judgment and for Sanctions and good cause having been found, it is hereby:

ORDERED granting the Motion to Dismiss the Grace Defendants with Prejudice.

IT IS FURTHER ORDERED that as and between Plaintiffs and Grace Defendants, each party shall bear his/her/its own attorneys' fees and costs.  Nothing in this order shall be read to limit Plaintiffs' rights as to Defendants remaining in this matter or remaining Defendants rights as to Plaintiffs.

IT IS FURTHER ORDERED that the oral argument set for September 16, 2011 at 9:00 A.M. is vacated

DATED this ____FÍ____ day of ____Ù^] ơ^{ à^¦____, 2011.



_____
**Honorable Ronald M. Whyte**

3