**E-FILED on** 12/2/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YU-SZE YEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RONALD BUCHHOLZ et al., <br><br> Defendants. | No. C-08-03535 RMW <br><br> ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT <br><br> **[Re Docket No. 190]** |

Defendants Pastor William E. Buchholz and Family Community Church's motion for leave to file a third-party complaint against Mark Putney came on for hearing before the court on December 2, 2011. Plaintiffs opposed the motion. The court has considered the papers submitted by the parties and the arguments of counsel, and for the reasons stated at the hearing, the motion is denied. The court's decision does not mean that defendants could not bring a separate action against Mr. Putney.

DATED: 12/2/2011

RONALD M. WHYTE
United States District Judge

ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT—No. C-08-03535 RMW
GS/LJP