JEFFREY M. FORSTER (SBN 50519)
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Telephone: (408) 977-3137
Facsimile: (408) 977-3141
Email: jforstr@pacbell.net

STEVEN R. LEVY (State Bar No. 103164)
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone: (408) 274-7000
Facsimile: (408) 274-9000
Email: slevy@bigfoot.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YU-SZE YEN, et. al, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD BUCHHOLZ, et. al., <br><br> Defendants. | CASE NUMBER: C-08-03535 RMW <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE <br><br> Judge: Hon. Ronald M. Whyte <br> Courtroom: 6 (4th Floor) <br><br> Complaint Filed: July 23, 2008 <br><br> Trial Date: None |

By and through their counsel, the parties listed below hereby stipulate that the Case Management Conference be continued to April 13, 2012 and ask the Court to enter an Order in accordance with this stipulation.

The Case Management Conference is presently set for December 16, 2011.

The reasons for the stipulation are (1) discovery is ongoing, (2) depositions are being coordinated with target dates within the next 60 days, and (3) some delay arose awaiting the outcome of the motion recently decide (the "Church Defendants" motion to bring a third party pleading).

Discovery and related aspects are proceeding with great cooperation among counsel.

The parties to this Stipulation (and their counsel) are:

PLAINTIFFS (Jeffrey M. Forster and Steven R. Levy);

RONALD BUCHHOLZ, CHARICE FISCHER, SOLOMON CAPITAL, INC., EQUITY ENTERPRISES, INC., et. al., (Pinnacle law Group);

PASTOR WILLIAM E. BUCHHOLZ; FAMILY COMMUNITY CHURCH, a California corporate entity (Law Offices of Steven M. Bangerter).

This Stipulation may be executed in multiple counterparts and by facsimile or other equivalent electronic transmission signature(s).

Dated: December 8, 2011



Steven R. Levy/Jeffrey M. Forster)
Attorneys for PLAINTIFFS

Dated: December _____, 2011

Law Offices of Steven M. Bangerter
By: Daniel P. Wilde
Attorneys for Defendants, PASTOR WILLIAM E. BUCHHOLZ, and FAMILY COMMUNITY CHURCH, a California corporate entity

Dated: December _____, 2011

Pinnacle Law Group, LLP
By: William W. Schofield
Attorneys for Defendants, Ronald Buchholz, Charice Fischer, Solomon Capital, Inc., Equity Enterprises, Inc., et. al.

~~PROPOSED~~ ORDER BEGINS ON FOLLOWING PAGE

1  Discovery and related aspects are proceeding with great cooperation among counsel.

3  The parties to this Stipulation (and their counsel) are:

5  PLAINTIFFS (Jeffrey M. Forster and Steven R. Levy);

7  RONALD BUCHHOLZ, CHARICE FISCHER, SOLOMON CAPITAL, INC., EQUITY
8  ENTERPRISES, INC., et. al., (Pinnacle law Group);

10  PASTOR WILLIAM E. BUCHHOLZ; FAMILY COMMUNITY CHURCH, a California
11  corporate entity (~~Law Offices of Steven M.~~ Bangerter SHEPPARD, PC.

13  This Stipulation may be executed in multiple counterparts and by facsimile or other
14  equivalent electronic transmission signature(s).

16  Dated: December _____, 2011

_____
Steven R. Levy/Jeffrey M. Forster)
Attorneys for PLAINTIFFS

19  Dated: December __8__, 2011

D____ P. Wilde
~~Law Offices of Steven M.~~ Bangerter Sheppard, PC
By: Daniel P. Wilde
Attorneys for Defendants, PASTOR WILLIAM E.
BUCHHOLZ, and FAMILY COMMUNITY
CHURCH, a California corporate entity

23  Dated: December _____, 2011

_____
Pinnacle Law Group, LLP
By: William W. Schofield
Attorneys for Defendants, Ronald Buchholz, Charice
Fischer, Solomon Capital, Inc., Equity Enterprises,
Inc., et. al.

28  ~~PROPOSED~~ ORDER BEGINS ON FOLLOWING PAGE

1     The parties to this Stipulation (and their counsel) are:

3     PLAINTIFFS (Jeffrey M. Forster and Steven R. Levy);

5     RONALD BUCHHOLZ, CHARICE FISCHER, SOLOMON CAPITAL, INC., EQUITY
6     ENTERPRISES, INC., et. al., (Pinnacle law Group);

8     PASTOR WILLIAM E. BUCHHOLZ; FAMILY COMMUNITY CHURCH, a California
9     corporate entity (Law Offices of Steven M. Bangerter).

11     This Stipulation may be executed in multiple counterparts and by facsimile or other
12 equivalent electronic transmission signature(s).

14 Dated: December _____, 2011

    Steven R. Levy/Jeffrey M. Forster)
    Attorneys for PLAINTIFFS

17 Dated: December _____, 2011

    Law Offices of Steven M. Bangerter
    By: Daniel P. Wilde
    Attorneys for Defendants, PASTOR WILLIAM E. BUCHHOLZ, and FAMILY COMMUNITY CHURCH, a California corporate entity

21 Dated: December 8, 2011

    Pinnacle Law Group, LLP
    By: William W. Schofield
    Attorneys for Defendants, Ronald Buchholz, Charice Fischer, Solomon Capital, Inc., Equity Enterprises, Inc., et. al.

[~~PROPOSED~~] ORDER

The parties having so stipulated and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the Case Management Conference presently set for December 16, 2011 is continued to April 13, 2012 at _____.

Dated: December ____, 2011

*Ronald M. Whyte*
HON. RONALD M. WHYTE