JEFFREY M. FORSTER (SBN 50519)
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Telephone: (408) 977-3137
Facsimile: (408) 977-3141
Email: jforstr@pacbell.net

STEVEN R. LEVY (State Bar No. 103164)
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone: (408) 274-7000
Facsimile: (408) 274-9000
Email: slevy@bigfoot.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YU-SZE YEN, et. al, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD BUCHHOLZ, et. al., <br><br> Defendants. | CASE NUMBER: C-08-03535 RMW <br><br> STIPULATION AND ORDER TO DISMISS WITH PREJUDICE THE CLAIMS OF PLAINTIFF, JASON COLYAR, AS AGAINST DEFENDANTS, PASTOR WILLIAM E. BUCHHOLZ AND FAMILY COMMUNITY CHURCH <br><br> Judge: Hon. Ronald M. Whyte <br> Courtroom: 6 (4th Floor) <br><br> Complaint Filed: July 23, 2008 <br><br> Trial Date: None |

IT IS HEREBY STIPULATED by plaintiff, JASON COLYAR, and defendants, PASTOR WILLIAM E. BUCHHOLZ AND FAMILY COMMUNITY CHURCH, by and through their respective counsel, that:

1. Pursuant to FRCP Rule 41(a)(2), the claims of plaintiff, JASON COLYAR, as against defendants, PASTOR WILLIAM E. BUCHHOLZ and FAMILY COMMUNITY CHURCH, be dismissed with prejudice;

2. Each party shall bear its/their own costs and attorneys fees and waive claims

Case Number: C-08-03535 RMW
Stipulation and Order to Dismiss with Prejudice the Claims of Plaintiff, Jason Colyar,
as Against Defendants, Pastor William E. Buchholz and Family Community Church       Page 1 of 2

against the other(s) and their attorneys including, but not necessarily limited to, FRCP Rule 11; and

3. This dismissal is not intended to affect the claims of Jason Colyar as against any other defendant or the claims of any other plaintiff against any defendant.

It is further agreed that this Stipulation may be executed in multiple counterparts and by fax signature or similar digital/electronic equivalent.

Dated: JULY 9, 2012

_____
Steven R. Levy, Attorney for
Plaintiff, Jason Colyar

Dated: July 5, 2012

_____
Daniel P. Wilde, Attorney for defendants Pastor
William E. Buchholz and
Family Community Church

## ORDER

The parties having so stipulated and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the stipulation be adopted and the claims of plaintiff, JASON COLYAR, As against defendants, PASTOR WILLIAM E. BUCHHOLZ and FAMILY COMMUNITY CHURCH, be dismissed with prejudice in accordance therewith.

Dated: Lwn("3; .."4234

_____
Hon. RONALD M. WHYTE
United States District Judge

Case Number: C-08-03535 RMW
Stipulation and Order to Dismiss with Prejudice the Claims of Plaintiff, Jason Colyar,
as Against Defendants, Pastor William E. Buchholz and Family Community Church
Page 2 of 2