**E-FILED on** 10/2/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YU-SZE YEN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>RONALD BUCHHOLZ et al.,<br><br>    Defendants. | No. C-08-03535 RMW<br><br>ORDER GRANTING IN PART APPLICATION TO CONTINUE MEDIATION COMPLETION DEADLINE<br><br>**[Re Docket No. 218]** |

    Defendants Pastor William E. Buchholz and Family Community Church seek a 90-day continuance of the November 8, 2012 mediation deadline. Plaintiffs oppose the request but acknowledge that, given the mediator's availability, mediation may not be completed until slightly after the current deadline. In addition, the parties recently advised the court that they have a confirmed date for the mediation in November. Therefore, having considered the papers and for good cause shown, the court hereby extends the deadline to complete mediation to November 30, 2012.

DATED:    October 2, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING IN PART APPLICATION TO CONTINUE MEDIATION COMPLETION DEADLINE—No. C-08-03535 RMW
LJP