1  **JEFFREY M. FORSTER (SBN 50519)**
   160 West Santa Clara Street, Suite 1100
2  San Jose, CA 95113
   Telephone:    (408) 977-3137
3  Facsimile:    (408) 977-3141
   Email:        jforstr@pacbell.net
4
   **STEVEN R. LEVY   (State Bar No. 103164)**
5  17670 Woodland Avenue
   Morgan Hill, CA 95037
6  Telephone:    (408) 274-7000
   Facsimile:    (408) 274-9000
7  Email:        slevy@bigfoot.com

8  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| YU-SZE YEN, et. al, <br><br>      Plaintiffs, <br><br> v. <br><br> RONALD BUCHHOLZ, et. al., <br><br>      Defendants. | **CASE NUMBER:**   C-08-03535   RMW <br><br> **STIPULATION/AGREEMENT AND [] ORDER RE SELECTION OF MEDIATOR** <br><br> **Judge:**       Hon. Ronald M. Whyte <br> **Courtroom:**   6 (4th Floor) <br><br> **Complaint Filed:**   July 23, 2008 <br><br> **Trial Date:**    None |

   The parties, by and through their respective counsel, have agreed to the selection of Thomas Denver as the mediator in this case and ask the Court to enter an order accordingly.

**BACKGROUND TO THIS STIPULATION**.

   On July 20, 2012 and pursuant to Case Management Proceedings and in accord with earlier proceedings, it was agreed this matter would proceed to mediation through the Court's ADR program. The parties were given three weeks to agree upon a mediator or, if no agreement was made, to submit respective proposals with the Court to make a selection.

   The parties have agreed to Thomas Denver serving as the mediator and counsel for the parties will undertake to coordinate further proceedings with Mr. Denver in accordance with the

Court's ADR program and related rules.

Mr. Denver has confirmed willingness and ability to serve (confirmation via phone call with Steven Levy on August 9, 2012; Steven Levy having advised all counsel by email; attested to as inherently part of and via signature of Steven Levy below).

## STIPULATION

The parties, by and through their respective counsel, agree and stipulate as follows and ask the Court to enter it's Order accordingly;

1. Thomas H. R. Denver shall serve as the mediator in this matter;
2. Mediation shall proceed in accordance with the Court's Alternative Dispute Resolution (ADR) Multi-Option Program and the rules and guidelines attendant thereto; and
3. That to further expedite proceedings, this Stipulation may be executed in multiple counterparts and by fax or digitally equivalent signatures.

Dated: August 10, 2012         /s/_____
                               Steven R. Levy, Attorney for Plaintiffs

Dated: August 10, 2012         /s/_____
                               Law Offices of Steven M. Bangerter
                               By: Daniel P. Wilde
                               Attorneys for Defendants, PASTOR WILLIAM E. BUCHHOLZ, and FAMILY COMMUNITY CHURCH, a California corporate entity

Dated: August 13, 2012         /s/_____
                               Pinnacle Law Group, LLP
                               By: Andrew August
                               Attorneys for Defendants, Ronald Buchholz, Charice Fischer, Solomon Capital, Inc., Equity Enterprises, Inc., et. al.

## [] ORDER

The parties having so stipulated and the stipulation in accordance with prior order of this

Court and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT:

1. Thomas H. R. Denver is hereby appointed as the mediator in this case;
2. Mediation shall proceed in accordance with the Court's Alternative Dispute Resolution (ADR) Multi-Option Program and the rules and guidelines attendant thereto; and
3. Absent further Order of this Court, mediation shall be completed d{ "Pqxgo dgt"52." 4234.

Dated: FEDBFG  _____

HON. RONALD M. WHYTE
Senior District Judge of the U. S. District Court