STEVEN R. BANGERTER (SBN 167689)
WILLIAM E. FRAZIER (SBN 228460)
DANIEL P. WILDE (SBN 249644)
BANGERTER SHEPPARD, PC
1300 Clay Street, Suite 600
Oakland, CA  94612
Telephone: 510-464-8034
Facsimile: 510-464-8032
dwilde@bangertersheppard.com

Attorneys for Defendants,
PASTOR WILLIAM E. BUCHHOLZ
and FAMILY COMMUNITY CHURCH

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| YU-SZE YEN, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>RONALD BUCHHOLZ et al.,<br><br>    Defendants. | Case No.: C 08-03535 RMW<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

### STIPULATION

Pursuant to Federal Rule 41(a), Steven R. Levy, counsel for plaintiffs, and Daniel P. Wilde, counsel for defendants PASTOR WILLIAM E. BUCHHOLZ and FAMILY COMMUNITY CHURCH, hereby stipulate that the above entitled and numbered matter may be dismissed as to Defendants Pastor William E. Buchholz and Family Community Church, with prejudice, upon the merits, with each party to bear its own costs.

DATED:   September 11, 2013          Bangerter Sheppard, PC

                                      By:     /s/   Daniel P. Wilde         *
                                          DANIEL P. WILDE
                                          Attorney for Defendants,
                                          PASTOR WILLIAM E. BUCHHOLZ and
                                          FAMILY COMMUNITY CHURCH

| | |
|---|---|
| DATED: September 11, 2013 | By: /s/ Steven R. Levy *<br>Attorney for Plaintiffs, MIKE BROGDON, RENEE BROGDON, THE BROGDON FAMILY TRUST, KWEI CHOONG, MARK DELMAN, KATHLEEN DELMAN, JERRY HUGHES, RHONDA HUGHES, IRVIN URBANSKI, YOLANDA URBANSKI, ROBERT WINGER, NANCY WINGER |

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Fourth Amended Complaint and all causes of action therein asserted against Defendants PASTOR WILLIAM E. BUCHHOLZ and FAMILY COMMUNITY CHURCH are dismissed with prejudice on the merits, each party to bear their respective costs and attorney's fees.

DATED this ____ day of _____, 2013     BY THE COURT

_____
Honorable Ronald M. Whyte