**JEFFREY M. FORSTER (SBN 50519)**
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Telephone:    (408) 977-3137
Facsimile:    (408) 977-3141
Email:        jforstr@pacbell.net

**STEVEN R. LEVY   (State Bar No. 103164)**
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone:    (408) 274-7000
Facsimile:    (408) 274-9000
Email:        slevy@bigfoot.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| YU-SZE YEN, et. al,<br><br>    Plaintiffs,<br><br>v.<br><br>RONALD BUCHHOLZ, et. al.,<br><br>    Defendants. | CASE NUMBER:   C-08-03535   RMW<br><br>STIPULATION AND ORDER FOR DISMISSAL |

**STIPULATION**

Pursuant to Federal Rule 41(a), Steven Levy, counsel for Plaintiffs, and Andrew August, counsel for Defendants, (Plaintiffs and Defendants are specified below and are collectively referred to as "The Parties") hereby stipulate as set forth below and request the Court to enter an Order of Dismissal in accordance therewith.

On September 20, 2013, The Parties participated in a judicially supervised settlement conference, Magistrate Howard R. Lloyd presiding.

The Parties reached agreement, the settlement was recited on the record (audio recording) and a written settlement agreement was subsequently executed by The Parties.

The terms of the settlement have been fully performed and dismissal is appropriate.

Accordingly, it is hereby stipulated that the above entitled and numbered matter may be dismissed as to as to Defendants, with prejudice, The Parties to bear their own costs.

**PLAINTIFFS**

Plaintiffs are: YU-SZE YEN; CLARICE ARNE; MIKE BAKER; JUAN BETTAGLIO AND BRENDA BETTAGLIO, individually and as Trustees of the Bettaglio Family Trust; MIKE BROGDON AND RENEE BROGDON, individually and as Trustees of the Brogdon Family Trust; DIANNE BRYSON; JAMES BRYSON; WAYNE CANTO AND CANDISE CANTO; FRANK CARBAJAL AND MEGAN CARBAJAL; KWEI CHOONG; JASON COLYAR; JIM COATES; JKAT PROPERTIES, LLC, a California limited liability company; MARK DELMAN AND KATHLEEN DELMAN; TIMOTHY GALE AND LORI GALE; ERIC GOLD; JACK GREER AND DIANE GREER; JERRY HUGHES AND RHONDA HUGHES; JEFF LAWRENCE; TINA McCRAW; BRUCE MEEKER AND DEBORAH MEEKER; MATT ROGERS AND JULIE ROGERS; DAVID SAMS; CYNTHIA SEMENOFF; BRIAN STARR AND DEBRA STARR; JEFFREY STEELE; NICOLE STEELE; LAURA STEELE; LEN TURNER AND JAN TURNER; IRVIN URBANSKI AND YOLANDA URBANSKI; KATHY URY; MARK VAN BUHLER; BOB WINGER AND NANCY WINGER; JAMES WONG (deceased and for whom Yu-Sze Yen is empowered to act); and CHARLIN YEN (collectively "Plaintiffs").

**DEFENDANTS**

Defendants are: RONALD BUCHHOLZ; CHARICE FISCHER, formerly known and a.k.a., Charice Buchholz; SOLOMON CAPITAL, INC., a Nevada corporation; RNC HOLDINGS, LLC, a Nevada limited liability company; LUXURY DEVELOPMENT FUND, LLC, a Delaware limited liability company; EQUITY ENTERPRISES, INC., a California corporation; EQUITY ENTERPRISES NEVADA, INC., a Nevada corporation; ALABANZA, INC., formerly a California corporation; RDB DEVELOPMENT, LLC, a Nevada limited liability company; and other commonly owned or named entities (collectively "Defendants").

Dated: Signed as of/by April 1, 2014        /s/_____

STEVEN LEVY (and for Jeffrey Forster), attorneys for Plaintiffs

Dated: Signed as of/by April 1, 2014        /s/_____

ANDREW AUGUST, attorney for Defendants

## ORDER

Based on the foregoing stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Fourth Amended Complaint and all causes of action therein asserted against Defendants (Plaintiffs and Defendants as set forth in the Stipulation) are dismissed with prejudice, The Parties to bear their respective costs and attorney's fees.

Dated: _____        _____

Honorable Ronald M. Whyte